**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | | |
|---|---|---|
| JOHN HENRY ROSS PRYOR, | ) | No. CV 11-8854-VAP (PLA) |
| Plaintiff, | ) | |
| | ) | **ORDER ADOPTING MAGISTRATE** |
| v. | ) | **JUDGE'S REPORT AND** |
| | ) | **RECOMMENDATION** |
| ZACHARY WEBB, et al., | ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's report and recommendation, and the objections to the report and recommendation that have been filed herein.  The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1.      The report and recommendation is adopted.

2.      Defendants' Motion to Dismiss is granted.

3.      Judgment shall be entered consistent with this order.

/

/

/

4.      The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED:  June 24, 2013

_____
HONORABLE VIRGINIA A.  PHILLIPS
UNITED STATES DISTRICT JUDGE