1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**
9          **CENTRAL DISTRICT OF CALIFORNIA**
10          **WESTERN DIVISION**
11
12   JOHN HENRY ROSS PRYOR,              )     No. CV 11-8854-VAP (PLA)
                                         )
13                   Plaintiff,          )     **JUDGMENT**
                                         )
14          v.                           )
                                         )
15   ZACHARY WEBB, et al.,               )
                                         )
16                   Defendants.         )
                                         )
17   _____     )
18          Pursuant to the order adopting magistrate judge's report and recommendation, IT IS
19   ADJUDGED that this action is dismissed without prejudice.
20
21                                           _Virginia A. Phillips_
22   DATED:  June 24, 2013
23                                           _____
                                             HONORABLE VIRGINIA A. PHILLIPS
                                             UNITED STATES DISTRICT JUDGE
24
25
26
27
28